## Commonwealth ex rel. Jackson, Appellant, *v.* Myers.

Submitted March

15, 1965.  *Arthur Jackson,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.